# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JENNIFER TORRES,

                 Plaintiff,

v.

NORTHLAND GROUP, INC.,
ABSOLUTE RESOLUTIONS CORP.,
and ABSOLUTE RESOLUTIONS V, LLC,

                 Defendants.

Case No. 17-CV-1737-JPS

**ORDER**

On September 11, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #25). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #25) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 12th day of September, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge